JS-6  -  5:22-CV-02135-DSF

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH MOLLER, an individual and successor –in-interest of BRET BREUNIG, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO, a public entity; UNIDENTIFIED DEPUTIES, individuals; CITY OF REDLANDS, a public entity; UNIDENTIFIED OFFICERS, individuals; LOMA LINDA UNIVERSITY MEDICAL CENTER, a non-profit corporation; UNIDENTIFIED HEALTHCARE PROFESSIONALS, individuals; and KENNETH BREUNIG, a nominal Defendant<br><br>Defendant. | CASE NO. 5:22-CV-01306-DSF-MAR<br><br>*Assigned for All Purposes to:*<br>*Hon. Dale S. Fischer– Courtroom 7D*<br><br>*Trial Date:*      08/29/23<br>*Complaint filed:*  07/27/22<br>*FAC filed:*         09/19/22<br>*SAC filed:*         12/08/22<br><br><br>CASE NO. 5:22-CV-02135-DSF-MAR<br><br>*Assigned for All Purposes to:*<br>*Hon. Dale S. Fischer– Courtroom 7D*<br><br>*Trial Date:*   TBD<br>*Complaint filed:* 12/14/22<br><br>**[PROPOSED] ORDER REGARDING GLOBAL STIPULATION TO CONSOLIDATE ACTIONS**<br><br>[Filed and served concurrently with Global Stipulation to Consolidate Actions] |
| KENNETY BREUNIG, individually and as successor-in-interest to BRET BREUNIG,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO, a public entity, BREANA FITE, individually; LOMA LINDA | |

1

**ORDER REGARDING GLOBAL STIPULATION TO CONSOLIDATE ACTIONS**

| | |
|---|---|
| 1<br>2<br>3<br>4 | UNIVERSITY MEDICAL CENTER, California a Nonprofit Corporation; DOE HEALTH CARE PROFESSIONALS, individuals and DOES 1-10, individuals,<br><br>Defendants. |

5
6  ///
7  ///
8  ///
9  ///
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

# ORDER

The Court, having considered the Parties' Global Stipulation, and good cause appearing, **HEREBY ORDERS THAT:**

1. The lawsuits entitled <u>Deborah Moller v. County of San Bernardino, et al</u>, Case No. 5:22-CV-01306-DSF-MAR and <u>Kenneth Breunig v. County of San Bernardino, et al,</u> Case No. 5:22-CV-02135-DSF-MAR, are consolidated for all purposes, including trial.

2. <u>Deborah Moller v. County of San Bernardino, et al</u>, Case No. 5:22-CV-01306-DSF-MAR, is the lead case. All documents are to be filed in the lead case.

3. Case No. 5:22-CV-02135-DSF-MAR, is to be administratively closed.

IT IS SO ORDERED.

DATED: January 30, 2023

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE